UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In Re                                            :
                                                 :   Chapter 11
                                                 :
CALPINE CORPORATION, et al.,                     :   Case No. 05-60200 (BRL)
                                                 :
                                                 :   (Jointly Administered)
                                                 :
---------------------------------------------------------------x
HSBC BANK USA, NATIONAL                          :
ASSOCIATION, AS INDENTURE                        :
TRUSTEE,                                         :   Case No. 1:07-cv-03088 (GBD)
                                                 :
            Appellant,                           :
                                                 :
       – against –                               :
                                                 :
CALPINE CORPORATION,                             :
                                                 :
            Appellee.                            :
---------------------------------------------------------------x
HSBC BANK USA, NATIONAL                          :
ASSOCIATION, AS INDENTURE                        :
TRUSTEE,                                         :   Case No. 1:07-cv-03122 (GBD)
                                                 :
            Appellant,                           :
                                                 :
       – against –                               :
                                                 :
CALPINE CORPORATION,                             :
                                                 :
            Appellee.                            :
---------------------------------------------------------------x
HSBC BANK USA, NATIONAL                          :
ASSOCIATION, AS INDENTURE                        :   Case No. 1:07-cv-03124 (GBD)
TRUSTEE,                                         :
                                                 :
            Appellant,                           :
                                                 :
       – against –                               :
                                                 :
CALPINE CORPORATION,                             :
                                                 :
            Appellee.                            :
---------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2007

3374945_3

```
------------------------------------------------------------x
THE BANK OF NEW YORK, AS                    :
ADMINISTRATIVE AGENT FOR THE                :
HOLDERS OF THE SECOND PRIORITY              :
SECURED TERM LOANS,                         :    Case No. 1:07-cv-03125 (GBD)
                                            :
                Appellant,                  :
                                            :
         – against –                        :
                                            :
CALPINE CORPORATION,                        :
                                            :
                Appellee.                   :
------------------------------------------------------------x
THE BANK OF NEW YORK, AS                    :
ADMINISTRATIVE AGENT FOR THE                :
HOLDERS OF THE SECOND PRIORITY              :
SECURED TERM LOANS,                         :    Case No. 1:07-cv-03126 (GBD)
                                            :
                Appellant,                  :
                                            :
         – against –                        :
                                            :
CALPINE CORPORATION,                        :
                                            :
                Appellee.                   :
------------------------------------------------------------x
THE BANK OF NEW YORK, AS                    :
ADMINISTRATIVE AGENT FOR THE                :
HOLDERS OF THE SECOND PRIORITY              :
SECURED TERM LOANS,                         :    Case No. 1:07-cv-03127 (GBD)
                                            :
                Appellant,                  :
                                            :
         – against –                        :
                                            :
CALPINE CORPORATION,                        :
                                            :
                Appellee.                   :
------------------------------------------------------------x
```

3374945_3

------------------------------------------------------------x
| WILMINGTON TRUST COMPANY, | : | Case No. 1:07-cv-03187 (GBD) |
| Appellant, | : | |
| – against – | : | |
| CALPINE CORPORATION, | : | |
| Appellee. | : | |
------------------------------------------------------------x
| WILMINGTON TRUST COMPANY, | : | Case No. 1:07-cv-03188 (GBD) |
| Appellant, | : | |
| – against – | : | |
| CALPINE CORPORATION, | : | |
| Appellee. | : | |
------------------------------------------------------------x
| WILMINGTON TRUST COMPANY, | : | Case No. 1:07-cv-03189 (GBD) |
| Appellant, | : | |
| – against – | : | |
| CALPINE CORPORATION, | : | |
| Appellee. | : | |
------------------------------------------------------------x
| WILMINGTON TRUST COMPANY, | : | Case No. 1:07-cv-03190 (GBD) |
| Appellant, | : | |
| – against – | : | |
| CALPINE CORPORATION, | : | |
| Appellee. | : | |
------------------------------------------------------------x

3374945_3

------------------------------------------------------------x
| | |
|---|---|
| WILMINGTON TRUST COMPANY, : | Case No. 1:07-cv-03191 (GBD) |
| Appellant, : | |
| – against – : | |
| CALPINE CORPORATION, : | |
| Appellee. : | |

------------------------------------------------------------x
| | |
|---|---|
| WILMINGTON TRUST COMPANY, : | Case No. 1:07-cv-03192 (GBD) |
| Appellant, : | |
| – against – : | |
| CALPINE CORPORATION, : | |
| Appellee. : | |

------------------------------------------------------------x
| | |
|---|---|
| WILMINGTON TRUST COMPANY, : | Case No. 1:07-cv-03193 (GBD) |
| Appellant, : | |
| – against – : | |
| CALPINE CORPORATION, : | |
| Appellee. : | |

------------------------------------------------------------x
| | |
|---|---|
| WILMINGTON TRUST COMPANY, : | Case No. 1:07-cv-03194 (GBD) |
| Appellant, : | |
| – against – : | |
| CALPINE CORPORATION, : | |
| Appellee. : | |

------------------------------------------------------------x

3374945_3

```
-----------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN         :
ITS CAPACITY AS INDENTURE               :
TRUSTEE,                                :       Case No. 1:07-CV-03195 (GBD)
                                        :
                Appellant,              :
                                        :
        – against –                     :
                                        :
CALPINE CORPORATION,                    :
                                        :
                Appellee.               :
-----------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN         :
ITS CAPACITY AS INDENTURE,              :
TRUSTEE,                                :       Case No. 1:07-cv-03196 (GBD)
                                        :
                Appellant,              :
                                        :
        - against -                     :
                                        :
CALPINE CORPORATION,                    :
                                        :
                Appellee.               :
-----------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN         :
ITS CAPACITY AS INDENTURE               :
TRUSTEE,                                :       Case No. 1:07-cv-03197 (GBD)
                                        :
                Appellant,              :
                                        :
        – against –                     :
                                        :
CALPINE CORPORATION,                    :
                                        :
                Appellee.               :
-----------------------------------------------------------x
```

3374945_3



```
-------------------------------------------------------x
WILMINGTON TRUST FSB, SOLELY IN     :
ITS CAPACITY AS INDENTURE           :
TRUSTEE,                            :   Case No. 1:07-cv-03198 (GBD)
                                    :
        Appellant,                  :
                                    :
    – against –                     :
                                    :
CALPINE CORPORATION,                :
                                    :
        Appellee.                   :
-------------------------------------------------------x
MANUFACTURERS AND TRADERS           :
TRUST COMPANY,                      :   Case No. 1:07-cv-03199 (GBD)
                                    :
        Appellant,                  :
                                    :
    – against –                     :
                                    :
CALPINE CORPORATION,                :
                                    :
        Appellee.                   :
-------------------------------------------------------x
MANUFACTURERS AND TRADERS           :
TRUST COMPANY, AS INDENTURE         :
TRUSTEE,                            :   Case No. 1:07-cv-03200 (GBD)
                                    :
        Appellant,                  :
                                    :
    – against –                     :
                                    :
CALPINE CORPORATION,                :
                                    :
        Appellee.                   :
-------------------------------------------------------x
MANUFACTURERS AND TRADERS           :
TRUST COMPANY, AS INDENTURE         :
TRUSTEE,                            :   Case No. 1:07-cv-03201 (GBD)
                                    :
        Appellant,                  :
                                    :
    – against –                     :
                                    :
CALPINE CORPORATION,                :
                                    :
        Appellee.                   :
-------------------------------------------------------x
```

3374945_3

------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDER OF CALPINE CORPORATION, ET AL., | Case No. 1:07-cv-03202 (GBD) |
| Appellants, | |
| - against - | |
| THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE | |
| Appellees. | |

------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF CALPINE CORPORATION, ET AL., | Case No. 1:07-cv-03203 (GBD) |
| Appellants. | |
| - against - | |
| THE BANK OF NOVA SCOTIA, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE | |
| Appellees. | |

------------------------------------------------------------x

3374945_3



```
------------------------------------------------------------x
THE OFFICIAL COMMITTEE OF EQUITY       :
SECURITY HOLDERS OF CALPINE            :
CORPORATION, ET AL.,                   :   Case No. 1:07-cv-03204 (GBD)
                                       :
            Appellants.                :
                                       :
         - against -                   :
                                       :
THE BANK OF NOVA SCOTIA, AS            :
ADMINISTRATIVE AGENT,                  :
WILMINGTON TRUST FSB, AS               :
INDENTURE TRUSTEE,                     :
WILMINGTON TRUST COMPANY, AS           :
COLLATERAL AGENT,                      :
WILMINGTON TRUST COMPANY, AS           :
ADMINISTRATIVE AGENT,                  :
HSBC BANK USA, NATIONAL                :
ASSOCIATION, AS INDENTURE TRUSTEE,     :
THE BANK OF NEW YORK, AS               :
ADMINISTRATIVE AGENT,                  :
MANUFACTURERS & TRADERS TRUST          :
COMPANY, AS INDENTURE TRUSTEE          :
                                       :
            Appellees.                 :
------------------------------------------------------------x
CALPINE CORPORATION, et al.,           :
                                       :
            Appellant,                 :   Case No. 1:07-cv-03266 (GBD)
                                       :
         – against –                   :
                                       :
                                       :
WILMINGTON TRUST FSB, et al.,          :
                                       :
            Appellee.                  :
------------------------------------------------------------x
CALPINE CORPORATION,                   :
                                       :
            Appellant,                 :   Case No. 1:07-cv- 3267 (GBD)
                                       :
                                       :
         – against –                   :
                                       :
HSBC BANK USA, NATIONAL                :
ASSOCIATION, AS INDENTURE              :
TRUSTEE, THE BANK OF NEW YORK,         :
AS ADMINISTRATIVE AGENT,               :
WILMINGTON TRUST FSB, AS               :
INDENTURE TRUSTEE, WILMINGTON          :
```

3374945_3

```
TRUST COMPANY, AS ADMINISTRATIVE          :
AGENT, WILMINGTON TRUST COMPANY,          :
AS COLLATERAL AGENT, AND                  :
MANUFACTURERS & TRADERS TRUST             :
COMPANY, AS INDENTURE TRUSTEE,            :
                                          :
              Appellee.                   :
---------------------------------------------x
CALPINE CORPORATION,                      :
                                          :
              Appellant,                  :   Case No. 1:07-cv-3268 (GBD)
                                          :
      – against –                         :
                                          :
HSBC BANK USA, NATIONAL                   :
ASSOCIATION, AS INDENTURE                 :
TRUSTEE, THE BANK OF NEW YORK,            :
AS ADMINISTRATIVE AGENT,                  :
WILMINGTON TRUST FSB, AS                  :
INDENTURE TRUSTEE, WILMINGTON             :
TRUST COMPANY, AS ADMINISTRATIVE          :
AGENT, WILMINGTON TRUST COMPANY,          :
AS COLLATERAL AGENT, AND                  :
MANUFACTURERS & TRADERS TRUST             :
COMPANY, AS INDENTURE TRUSTEE,            :
                                          :
              Appellee.                   :
---------------------------------------------x
THE OFFICIAL COMMITTEE OF                 :
UNSECURED CREDITORS OF CALPINE            :
CORPORATION, ET AL.,                      :   Case No. 1:07-cv-3263 (GBD)
                                          :
              Appellants.                 :
                                          :
      - against -                         :
                                          :
HSBC BANK USA, NATIONAL                   :
ASSOCIATION, AS INDENTURE                 :
TRUSTEE, THE BANK OF NEW YORK,            :
AS ADMINISTRATIVE AGENT,                  :
WILMINGTON TRUST FSB, AS                  :
INDENTURE TRUSTEE, WILMINGTON             :
TRUST COMPANY, AS ADMINISTRATIVE          :
AGENT, WILMINGTON TRUST COMPANY,          :
AS COLLATERAL AGENT, AND                  :
MANUFACTURERS & TRADERS TRUST             :
COMPANY, AS INDENTURE TRUSTEE,            :
                                          :
              Appellees.                  :
---------------------------------------------x
```

3374945_3



---------------------------------------------------------------x
| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, ET AL., | : <br> : <br> : Case No. 1:07-cv-3264 (GBD) <br> : |
| Appellants. | : <br> : |
| - against - | : <br> : |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Appellees. | : |

---------------------------------------------------------------x

| | |
|---|---|
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF CALPINE CORPORATION, ET AL., | : <br> : <br> : Case No. 1:07-cv-3265 (GBD) |
| Appellants. | : <br> : |
| - against - | : <br> : |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS INDENTURE TRUSTEE, THE BANK OF NEW YORK, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST FSB, AS INDENTURE TRUSTEE, WILMINGTON TRUST COMPANY, AS ADMINISTRATIVE AGENT, WILMINGTON TRUST COMPANY, AS COLLATERAL AGENT, AND MANUFACTURERS & TRADERS TRUST COMPANY, AS INDENTURE TRUSTEE, | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| Appellees. | : |

---------------------------------------------------------------x

3374945_3

## STIPULATION AND AGREED ORDER CONSOLIDATING APPEALS FROM ORDERS OF THE BANKRUPTCY COURT

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the respective parties, and, upon approval of the Court, shall be deemed ORDERED, as follows:

1. Each of the above appeals shall be consolidated for all purposes.

2. The caption for the consolidated appeals shall be as follows:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
In re                                                        :
                                                             :  Chapter 11
                                                             :
CALPINE CORPORATION, et al.,                                 :  Case No. 05-60200 (BRL)
                                                             :
                                                             :  (Jointly Administered)
                                                             :
------------------------------------------------------------x
HSBC BANK USA, NATIONAL                                      :
ASSOCIATION, AS INDENTURE                                    :
TRUSTEE, THE BANK OF NEW YORK,                               :  Case No. 1:07-cv-03088 (GBD)
AS ADMINISTRATIVE AGENT,                                     :
WILMINGTON TRUST FSB, AS                                     :
INDENTURE TRUSTEE, WILMINGTON                                :
TRUST COMPANY, AS ADMINISTRATIVE                             :
AGENT, WILMINGTON TRUST COMPANY,                             :
AS COLLATERAL AGENT, AND                                     :
MANUFACTURERS & TRADERS TRUST                                :
COMPANY, AS INDENTURE TRUSTEE                                :
                                                             :
        Appellants,                                          :
                                                             :
  – against –                                                :
                                                             :
CALPINE CORPORATION, THE OFFICIAL                            :
COMMITTEE OF UNSECURED                                       :
CREDITORS OF CALPINE CORPORATION,                            :
AND THE OFFICIAL COMMITTEE OF                                :
EQUITY SECURITY HOLDERS                                      :
                                                             :
        Appellees.                                           :
------------------------------------------------------------x

3374945_3

```
------------------------------------------------x
```
**CALPINE CORPORATION, THE OFFICIAL** :
**COMMITTEE OF UNSECURED** :
**CREDITORS OF CALPINE CORPORATION,** :
**AND THE OFFICIAL COMMITTEE OF** :
**EQUITY SECURITY HOLDERS,** :
:
:
Appellants, :
:
– against – :
:
**HSBC BANK USA, NATIONAL** :
**ASSOCIATION, AS INDENTURE** :
**TRUSTEE, THE BANK OF NEW YORK,** :
**AS ADMINISTRATIVE AGENT,** :
**WILMINGTON TRUST FSB, AS** :
**INDENTURE TRUSTEE, WILMINGTON** :
**TRUST COMPANY, AS ADMINISTRATIVE** :
**AGENT, WILMINGTON TRUST COMPANY,** :
**AS COLLATERAL AGENT, AND** :
**MANUFACTURERS & TRADERS TRUST** :
**COMPANY, AS INDENTURE TRUSTEE,** :
:
Appellees. :
```
------------------------------------------------x
```

DATED: New York, NY
April 25, 2007

By _____
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Mark I. Bane, Esq. (MB 4883)
Mark R. Somerstein, Esq. (MS 9721)
David S. Elkind, Esq. (DE 4054)

*Attorneys for HSBC Bank USA, National Association, as Indenture Trustee under the Second Priority Indenture and for The Bank of New York, as Administrative Agent under the Second Priority Credit and Guarantee Agreement with respect to certain Second Priority Secured Institutional Term Loans*

By _____
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Richard M. Cieri, Esq. (RC 6062)
Mark Kieselstein, Esq. (admitted pro hac vice)
David Seligman, Esq. (admitted pro hac vice)
Edward O. Sassower, Esq. (ES 5823)
Jeffrey S. Powell, Esq. (admitted pro hac vice)
Stephen E. Hessler, Esq. (admitted pro hac vice)

*Attorneys for Debtors Calpine Generating Company, LLC, CalGen Finance Corp., Calpine Corporation, and Each of their Debtor Subsidiaries and Affiliates Listed in Exhibit 1*

3374945_3



By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By /s/ Judy G.Z. Liu
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April ____, 2007

3374945_3

By /s/ Christine Deserio

NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____

WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*


By _____

AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*


**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April     , 2007

3374945_3

By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _/s/_____
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: April ___, 2007

3374945_3

By _____
NIXON PEABODY LLP
437 Madison Avenue
New York, NY 10022
Telephone: (212) 940-3000
Facsimile: (212) 940-3111
Chris Desiderio, Esq. (CD 6929)
Richard C. Pedone, Esq. (admitted pro hac vice)
Amanda D. Darwin, Esq. (AD 2719)

*Attorneys for Wilmington Trust FSB, as Indenture Trustee under the First Priority Indenture, Wilmington Trust Company, as Collateral Agent, and Wilmington Trust Company, as Administrative Agent under the Credit and Guarantee Agreement with respect to certain First Priority Security Institutional Term Loans*

By _____
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Martin J. Bienenstock, Esq. (MB 3001)
Judy G.Z. Liu, Esq. (JL 6449)
Penny P. Reid, Esq. (PR 5699)

*Attorneys for Manufacturers & Traders Trust Company, as Indenture Trustee under the Third Priority Indenture*

By _____
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, NY 10022
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Fred S. Hodara, Esq. (FH 7947)
Michael S. Stamer, Esq. (MS 4900)
Philip Dublin, Esq. (PD 4919)
Alexis Freeman, Esq. (AF 0328)
Robert A. Johnson, Esq. (RJ 6553)

*Attorneys for the Official Committee of Unsecured Creditors*

By _____
FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
Gary L. Kaplan, Esq. (GK 4542)
Brad E. Scheler, Esq. (BS 8019)
Adrian Feldman, Esq. (AF 2478)

*Attorneys for the Official Committee of Equity Security Holders of Calpine Corporation, et al.*

**SO ORDERED:**

_George B. Daniels_
UNITED STATES DISTRICT JUDGE
HON. GEORGE B. DANIELS
Dated: April ____, 2007

MAY 0 2 2007

3374945_3